# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| ESSICK AIR PRODUCTS, INC. | : |
| *Plaintiff,* | : |
| v. | : Civil Action No.4:16-cv-00858-JLH |
| CRANE USA INC. | : |
| *Defendant.* | : |

## ORDER

The Court, having considered Plaintiff Essick Air Products, Inc.'s unopposed motion for leave to file documents under seal rules as follows:

Plaintiff's unopposed motion for leave to file documents under seal is hereby GRANTED. Document #40. Plaintiff may file under seal its Opposition in Response to Defendant's Motion for Summary Judgment, and supporting documents.

Dated: May 23, 2018

_____
J. Leon Holmes
United States District Judge