# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ESSICK AIR PRODUCTS, INC.                                                         PLAINTIFF

v.                                No. 4:16CV00858 JLH

CRANE USA INC.                                                                    DEFENDANT

## FINAL JUDGMENT

The Court previously dismissed the counterclaim of Crane USA Inc. The parties have now stipulated to the dismissal of Counts I, II, and IV in the complaint of Essick Air Products, Inc., leaving only Count III, which sought a declaration of no trade dress infringement, as the only claim that has not been dismissed. Pursuant to the Opinion and Order entered on July 12, 2018, judgment is entered in favor of Essick Air Products, Inc., against Crane USA Inc., on Count III in the complaint of Essick Air Products, Inc.

IT IS SO ORDERED this 18th day of July, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE